UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID WELLS,

        Plaintiff,        Case No.  1:13-cv-183

v.        Honorable Paul L. Maloney

DAVID SAWYER et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE on the grounds of immunity and failure to state a claim, pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:  May 3, 2013                        /s/ Paul L. Maloney
                                                             Paul L. Maloney
                                                             Chief United States District Judge